IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-00159-BO

| PAULA PERRY, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $13,500.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $3,200.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Derrick K. Arrowood, the sum of $13,500.00 sent to his office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $3,200.00 and upon the payment of such sums, this case is dismissed with prejudice.

This 21 day of March, 2023,

TERRENCE W. BOYLE
UNIED STATES DISTRICT JUDGE